[Respublica *v.* Arnold.]

## *Berlin Road.

The review of a road is a matter of right.

ON a *certiorari* to remove all proceedings respecting a road, from the town of Berlin to Leidig's mill.

It appeared, that on a petition for the road to September sessions 1800, viewers had been appointed, who returned to the December sessions following a certain road by courses and distances for and as a public road. That the court continued the return under advisement until February sessions 1801, when a petition was presented for a review, which the court rejected and confirmed the return. It was now said, that the review had been prayed for by persons who were not interested therein; but on examination of the duplicates of assessments, the assertion appeared to be unfounded.

The court now reversed the proceedings, because the petition for the review by several of the inhabitants of Southampton and Brother's Valley townships had been duly filed, previous to the road's being confirmed. It has been long settled, that the review of a road is a matter of right. See 1 Dall. 11.